UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jane D.,

                  Plaintiff,

v.

Kilolo Kijakazi, *Acting Commissioner of Social Security*,

                  Defendant.

Case No. 20-cv-1278-MJD-KMM

ORDER

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated October 26, 2021. No objections have been filed to that Report and Recommendation in the time period permitted.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

IT IS HEREBY ORDERED THAT:

    1.      Plaintiff's motion for summary judgment [Doc. No. 19] is DENIED;

2. The Commissioner's motion for summary judgment [Doc. No. 21] is GRANTED; and

3. This matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 17, 2021  s/Michael J. Davis
Michael J. Davis
United States District Court